137 A.3d 1192

IN THE MATTER OF YOUNG MIN KIM, AN ATTORNEY
AT LAW (ATTORNEY NO. 045492006).

June 15, 2016.

## ORDER

The Office of Attorney Ethics having filed with the Court a petition pursuant to *Rule* 1:20–3(g)(4) and *Rule* 1:20–11, seeking the immediate temporary suspension of **YOUNG MIN KIM** of **FORT LEE,** who was admitted to the bar of this State in 2006;

And on March 9, 2016, the Court having ordered respondent to provide to the Office of Attorney Ethics with all outstanding records and account reconciliations within forty-five days or be temporarily suspended from practice without further notice;

And the Office of Attorney Ethic having reported to the Court that respondent has failed to comply with the Court's Order;

And good cause appearing;

It is ORDERED that **YOUNG MIN KIM** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **YOUNG MIN KIM** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by **YOUNG MIN KIM** pursuant to *Rule* 1:21–6 be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of the respondent's file as an attorney at law of this State; and it is further

ORDERED that **YOUNG MIN KIM** comply with *Rule* 1:20–20 dealing with suspended attorneys.